# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140635

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PAUL BLANTON,
      Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
      Respondent-Appellee.

SC: 140635
COA: 294668
Ingham CC: 09-001081-AA

_____/

     On order of the Court, the application for leave to appeal the January 14, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

Clerk

p0719